Case 2:11-cv-00063-URC   Document 4   Filed 03/11/11   Page 1 of 1   Page ID #:15

JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV11-00063 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| MELINDA ESTRADA-CASTILLO, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, MELINDA ESTRADA-CASTILLO, in the total amount of $20,593.54.

Dated: 3/11/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk